# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

v.                                 No. 4:12-cr-275-DPM-1

**FREDDIE SOLANO**                                                    **DEFENDANT**
Reg. No. 27295-009

## ORDER

Solano has filed a notice of appeal and a motion to reconsider, *Doc. 292 & 293*. The notice deprives this Court of subject matter jurisdiction. If the Court retained authority to reach the merits, it would deny the motion to reconsider its 29 April 2021 final Order, *Doc. 289*: Solano's petition is untimely, equitable tolling doesn't apply, and he hasn't made a convincing showing of actual innocence. FED. R. CIV. P. 62.1(a). Further, these aren't matters about which reasonable jurists would disagree. Solano's request for a certificate of appealability is therefore denied, too. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 May 2021